**Michael E. SPIESS, Jack K. Hardy and Benjamin F. Rountree, Plaintiffs-Appellees,**

v.

**C. ITOH & COMPANY (AMERICA), INC., Defendant-Appellant.**

**No. 79–2382.**

United States Court of Appeals, Fifth Circuit.*

Unit A

Dec. 9, 1981.

Certiorari Dismissed Jan. 5, 1982.
See 102 S.Ct. 984.

Fulbright & Jaworski, Joe P. Martin, Neil Martin, Nancy Morrison O'Connor, Houston, Tex., for defendant-appellant.

Porter & Clements, Edward John O'Neill, Jr., Charles E. Humphrey, Jr., Houston, Tex., for plaintiffs-appellees.

Lutz Alexander Prager, E.E.O.C., Washington, D. C., for amicus curiae.

---

* Former Fifth Circuit case, Section 9(1) of Public Law 96–452—October 14, 1980.

Before BROWN, AINSWORTH **, CHARLES CLARK, GEE, RUBIN, GARZA, REAVLEY, POLITZ, RANDALL, TATE, SAM D. JOHNSON, WILLIAMS and GARWOOD, Circuit Judges.

BY THE COURT:

In light of the grant of certiorari by the Supreme Court of the United States in *Avigliano v. Sumitomo Shoji America, Inc.,* —— U.S. ——, 102 S.Ct. 501, 70 L.Ed.2d 377, and *Sumitomo Shoji America, Inc. v. Avigliano,* —— U.S. ——, 102 S.Ct. 1420, 71 L.Ed.2d 644, it is ordered that the order of this court requiring the above styled cause to be reheard en banc, 654 F.2d 302, is vacated and the opinion of the panel dated the 24th day of April, 1981, 643 F.2d 353, is reinstated.